UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIANE BUTTE, <br><br> Plaintiff, <br><br> vs. <br><br> STONEBRIDGE LIFE INSURANCE CO, *et al.*, <br><br> Defendant. | 2:10-cv-0344-KJD-RJJ <br><br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on April 15, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __14th__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge