UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIANE BUTTE,<br><br>     Plaintiff,<br><br>vs.<br><br>STONEBRIDGE LIFE INSURANCE CO., DOES I through X, and ROE CORPORATIONS I through X, inclusive<br><br>     Defendant, | 2:10-cv344-kjd-RJJ<br><br><br><br>O R D E R |

   This matter is before the court on Plaintiff's Notice of Settlement and Request to Vacate Motion Hearing (#47).

   The Court having reviewed the Notice (#47) and good cause appearing therefore,\

   IT IS HEREBY ORDERED that Plaintiff's Notice of Settlement and Request to Vacate Motion Hearing (#47) is GRANTED.

   IT IS FURTHER ORDERED that the hearing scheduled for June 27, 2012, is VACATED.

   IT IS FURTHER ORDERED that on or before July 11, 2012, the parties shall file the appropriate settlement/dismissal documents with the Court.

   DATED this  27$^h$  day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge