UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DIANE BUTTE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv344-kjd-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| STONEBRIDGE LIFE INSURANCE CO., DOES I through X, and ROE CORPORATIONS I through X, inclusive | ) ) ) ) | O R D E R |
| Defendant, | ) | |

This matter is before the court on Plaintiff's Notice of Settlement and Request to Vacate Motion Hearing (#47).

The Court having reviewed the Notice (#47) and good cause appearing therefore,\

IT IS HEREBY ORDERED that Plaintiff's Notice of Settlement and Request to Vacate Motion Hearing (#47) is GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled for June 27, 2012, is VACATED.

IT IS FURTHER ORDERED that on or before July 11, 2012, the parties shall file the appropriate settlement/dismissal documents with the Court.

DATED this __27$^h$__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge